B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Maryland | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Professional Arts Associates, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**52-1313577** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5 Public Square, Suite 211**<br>**Hagerstown, MD**<br>ZIP Code **21740-5528** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Washington** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(04/13) | Page 2 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Professional Arts Associates, Inc.** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): **Professional Arts Associates, Inc.** |
|---|---|

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ James A. Vidmar**
Signature of Attorney for Debtor(s)

**James A. Vidmar 00271**
Printed Name of Attorney for Debtor(s)

**Yumkas, Vidmar & Sweeney, LLC**
Firm Name

**10211 Wincopin Circle, Suite 500**
**Columbia, MD 21044**
_____
Address

**Email: jvidmar@yvslaw.com**
**(443) 569-5977  Fax: (410) 571-2798**
Telephone Number

**April 24, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Joan C. Baer**
Signature of Authorized Individual

**Joan C. Baer**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 24, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maryland

In re   **Professional Arts Associates, Inc.**                                     Case No.
                                            Debtor(s)                              Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) <br> *Name of creditor and complete mailing address including zip code* | (2) <br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Capital One Bank (USA), N.A.** <br> **P.O. Box 71083** <br> **Charlotte, NC 28272-1083** | **Capital One Bank (USA), N.A.** <br> **P.O. Box 71083** <br> **Charlotte, NC 28272-1083** | **business credit card** | | **19,993.88** |
| **City of Hagerstown Light Department** <br> **P. O. Box 1498** <br> **Hagerstown, MD 21741-1498** | **City of Hagerstown Light Department** <br> **P. O. Box 1498** <br> **Hagerstown, MD 21741-1498** | **trade debt** | | **13,049.60** |
| **Washington County Treasurer's Office** <br> **35 West Washington Street, Suite 102** <br> **Hagerstown, MD 21740-4868** | **Washington County Treasurer's Office** <br> **35 West Washington Street, Suite 102** <br> **Hagerstown, MD 21740-4868** | | | **11,578.38** |
| **City of Hagerstown** <br> **Billing and Customer Service** <br> **1 East Franklin Street** <br> **Hagerstown, MD 21740** | **City of Hagerstown** <br> **Billing and Customer Service** <br> **1 East Franklin Street** <br> **Hagerstown, MD 21740** | | | **11,234.56** |
| **Kone, Inc.** <br> **P. O. Box 429** <br> **Moline, IL 61266-0429** | **Kone, Inc.** <br> **P. O. Box 429** <br> **Moline, IL 61266-0429** | **trade debt** | | **7,940.25** |
| **Johnson Controls, Inc.** <br> **5757 North Green Bay Avenue** <br> **Milwaukee, WI 53201** | **Johnson Controls, Inc.** <br> **5757 North Green Bay Avenue** <br> **Milwaukee, WI 53201** | **trade debt** | | **7,128.28** |
| **Selective Insurance Co. of America** <br> **P. O. Box 371468** <br> **Pittsburgh, PA 15250-7468** | **Selective Insurance Co. of America** <br> **P. O. Box 371468** <br> **Pittsburgh, PA 15250-7468** | **insurance** | | **4,662.00** |
| **Ellsworth Electric, Inc.** <br> **88 West Lee Street** <br> **Hagerstown, MD 21740** | **Ellsworth Electric, Inc.** <br> **88 West Lee Street** <br> **Hagerstown, MD 21740** | **trade debt** | | **4,042.00** |
| **Lowes Business Account** <br> **P.O. Box 530970** <br> **Atlanta, GA 30353-0970** | **Lowes Business Account** <br> **P.O. Box 530970** <br> **Atlanta, GA 30353-0970** | **business credit card** | | **3,918.86** |

B4 (Official Form 4) (12/07) - Cont.

In re **Professional Arts Associates, Inc.** Case No. _____
       Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Smith Elliott Kearns & Company, LLC<br>498 North Potomac Street<br>Hagerstown, MD 21740 | Smith Elliott Kearns & Company, LLC<br>498 North Potomac Street<br>Hagerstown, MD 21740 | accounting services | | 2,179.79 |
| Cushwa & Stouffer LLC<br>1 West Franklin Street, Suite 201<br>Hagerstown, MD 21740 | Cushwa & Stouffer LLC<br>1 West Franklin Street, Suite 201<br>Hagerstown, MD 21740 | architectural services | | 1,000.00 |
| City of Hagerstown Water & Wastewater<br>P. O. Box 1498<br>Hagerstown, MD 21741-1498 | City of Hagerstown Water & Wastewater<br>P. O. Box 1498<br>Hagerstown, MD 21741-1498 | trade debt | | 990.87 |
| Penn Mar Oil Co., Inc.<br>122 Madison Avenue<br>Waynesboro, PA 17268 | Penn Mar Oil Co., Inc.<br>122 Madison Avenue<br>Waynesboro, PA 17268 | trade debt | | 900.00 |
| Tulpehocken Spring Water<br>750 Point Township Drive<br>Northumberland, PA 17857 | Tulpehocken Spring Water<br>750 Point Township Drive<br>Northumberland, PA 17857 | trade debt | | 886.44 |
| Nature Boys Landscaping & Construction<br>8202 Mapleville Road<br>Boonsboro, MD 21713 | Nature Boys Landscaping & Construction<br>8202 Mapleville Road<br>Boonsboro, MD 21713 | trade debt | | 822.00 |
| Washington County Treasurer's Office<br>35 West Washington Street, Suite 102<br>Hagerstown, MD 21740-4868 | Washington County Treasurer's Office<br>35 West Washington Street, Suite 102<br>Hagerstown, MD 21740-4868 | | | 611.77 |
| City of Hagerstown Billing and Customer Service<br>1 East Franklin Street<br>Hagerstown, MD 21740 | City of Hagerstown Billing and Customer Service<br>1 East Franklin Street<br>Hagerstown, MD 21740 | | | 579.82 |
| Verizon<br>P. O. Box 660720<br>Dallas, TX 75266-0720 | Verizon<br>P. O. Box 660720<br>Dallas, TX 75266-0720 | trade debt | | 550.47 |
| Credit Collection Services<br>Two Wells Avenue<br>Newton Center, MA 02459 | Credit Collection Services<br>Two Wells Avenue<br>Newton Center, MA 02459 | collection of First Energy account | | 182.40 |
| Columbia Gas of Maryland<br>121 Champion Way, Suite 100<br>Canonsburg, PA 15317 | Columbia Gas of Maryland<br>121 Champion Way, Suite 100<br>Canonsburg, PA 15317 | trade debt | | 45.26 |

**B4 (Official Form 4) (12/07) - Cont.**
In re  **Professional Arts Associates, Inc.**                                    Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 24, 2015**                   Signature  **/s/ Joan C. Baer**
                                                      **Joan C. Baer**
                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re   **Professional Arts Associates, Inc.**,
Debtor

Case No. _____

Chapter   **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joan C. Baer**<br>**18810 Dover Drive**<br>**Hagerstown, MD 21742** | | | **100% ownership interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 24, 2015**

Signature   **/s/ Joan C. Baer**
**Joan C. Baer**
**President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re: **Professional Arts Associates, Inc.**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 24, 2015**

**/s/ Joan C. Baer**
**Joan C. Baer**/**President**
Signer/Title

Benjamin A. Puckett, Esquire
Baylinson, Kudysh, Greenberg & Helt
303 South Main Street, Lower Level
Mount Airy, MD 21771


Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083


City of Hagerstown
Billing and Customer Service
1 East Franklin Street
Hagerstown, MD 21740


City of Hagerstown Light Department
P. O. Box 1498
Hagerstown, MD 21741-1498


City of Hagerstown Water & Wastewater
P. O. Box 1498
Hagerstown, MD 21741-1498


Columbia Gas of Maryland
121 Champion Way, Suite 100
Canonsburg, PA 15317


Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459


Cushwa & Stouffer LLC
1 West Franklin Street, Suite 201
Hagerstown, MD 21740


David S. Musgrave, Esquire
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, MD 21202-1643

Ellsworth Electric, Inc.
88 West Lee Street
Hagerstown, MD 21740


Johnson Controls, Inc.
5757 North Green Bay Avenue
Milwaukee, WI 53201


Kone Inc.
140 Western Maryland Parkway, Suite F-A
Hagerstown, MD 21740


Kone, Inc.
P. O. Box 429
Moline, IL 61266-0429


Law Office of Arthur Schneider, P.C.
120 West Washington Street, Suite 200
Hagerstown, MD 21740


Lowes Business Account
P.O. Box 530970
Atlanta, GA 30353-0970


McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


Nature Boys Landscaping & Construction
8202 Mapleville Road
Boonsboro, MD 21713


Penn Mar Oil Co., Inc.
122 Madison Avenue
Waynesboro, PA 17268

```
Selective Insurance Co. of America
P. O. Box 371468
Pittsburgh, PA 15250-7468


Smith Elliott Kearns & Company, LLC
498 North Potomac Street
Hagerstown, MD 21740


The Columbia Bank
7168 Columbia Gateway Drive
Columbia, MD 21046


Tulpehocken Spring Water
750 Point Township Drive
Northumberland, PA 17857


Verizon
P. O. Box 660720
Dallas, TX 75266-0720


Washington County Treasurer's Office
35 West Washington Street, Suite 102
Hagerstown, MD 21740-4868
```

# United States Bankruptcy Court
## District of Maryland

In re  **Professional Arts Associates, Inc.**                               Case No.
                                    Debtor(s)                                Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Professional Arts Associates, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 24, 2015**                                    **/s/ James A. Vidmar**
Date                                                  **James A. Vidmar 00271**
                                                      Signature of Attorney or Litigant
                                                      Counsel for  **Professional Arts Associates, Inc.**
                                                      **Yumkas, Vidmar & Sweeney, LLC**
                                                      **10211 Wincopin Circle, Suite 500**
                                                      **Columbia, MD 21044**
                                                      **(443) 569-5977 Fax:(410) 571-2798**
                                                      **jvidmar@yvslaw.com**

**United States Bankruptcy Court**
**District of Maryland**

In re   **Professional Arts Associates, Inc.**                                    Case No.
                        Debtor(s)                                                  Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Joan C. Baer, declare under penalty of perjury that I am the President of Professional Arts Associates, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 21st day of April 2015.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Joan C. Baer, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Joan C. Baer, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Joan C. Baer, President of this Corporation, is authorized and directed to employ James A. Vidmar and the law firm of Yumkas, Vidmar & Sweeney, LLC to represent the corporation in such bankruptcy case."

Date   **April 24, 2015**                                        Signed   **/s/ Joan C. Baer**
                                                                          **Joan C. Baer**